UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In RE: Maryann Venechanos       :       Chapter 13
              Debtor(s)       :

                                :       16-02335

**Answer to Trustee's Motion to Dismiss**

1.      The Trustee has filed a motion to dismiss Debtor's Bankruptcy which alleged that

$1,016.22 sum odd dollars in arrears are due.

2.      Debtor believes and avers that there are no arrears because her payments are less than

$10.00 per month.

      Wherefore, the Debtor requests that her Bankruptcy case will not be dismissed. Debtor requests a hearing.

/s/ Vicki Piontek            11-20-2016

_____    _____
Vicki Piontek, Esquire           Date
Supreme Court ID Number 83559
Attorney for Debtor
951 Allentown Road
Lansdale, PA 19446
877-737-8617
Fax: 866-408-6735
palaw@justice.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In RE:  Maryann Venechanos            :        Chapter 13
                    Debtor(s)          :

                                       :        16-02335


## CERTIFICATE OF SERVICE


        A copy of the attached answer to motion to dismiss was sent via the ECF filing system or
by First Class, U.S. Mail, postage pre-paid to the following parties at the following addresses.


Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036



/S/ Vicki Piontek                      11-20-2016
_____        _____
Vicki Piontek, Esquire                 Date
Supreme Court ID Number 83559
Attorney for Debtor
951 Allentown Road
Lansdale, PA  19446
877-737-8617
Fax: 866-408-6735
palaw@justice.com