UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  MARYANN T. VENECHANOS  : CHAPTER 13
    Debtor(s)  :
      :
CHARLES J. DEHART, III  :
STANDING CHAPTER 13 TRUSTEE  :
      :
    vs.  :
      :
MARYANN T. VENECHANOS  :
    Respondent(s)  : CASE NO.  5-16-bk-02335

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this  21st  day of November, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. Plan ambiguous – Box for PRF is checked in Section 3.B of the plan but no amounts are filled. In.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:  /s/Agatha R. McHale
    Attorney for Trustee

## CERTIFICATE OF SERVICE

       AND NOW, this 21st day of November, 2016, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Vicki Piontek, Esquire
951 Allentown Road
Lansdale, PA   19446

                                          /s/Deborah A. Behney
                                          Office of Charles J. DeHart, III
                                          Standing Chapter 13 Trustee