UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARYANN T. VENECHANOS : CHAPTER 13
       Debtor(s) :
        :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
        :
       vs. :
        :
MARYANN T. VENECHANOS :
       Respondent(s) : CASE NO. 5-16-bk-02335

TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

      AND NOW, this 11th day of July, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

      1. The Trustee provides notice to the Court as to the ineffectiveness of debtor(s) Chapter 13 Plan for the following reasons:

      a. Clarification of debtor(s) counsel fees which are in conflict with 2016(b) Statement. Disclosure of fees in part 3.(B)(2) of the Plan does not comply with LBR 2016-2.

      WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

      a. Deny confirmation of debtor(s) plan.
      b. Dismiss or convert debtor(s) case.
      c. Provide such other relief as is equitable and just.

      Respectfully submitted:

      Charles J. DeHart, III
      Standing Chapter 13 Trustee
      8125 Adams Drive, Suite A
      Hummelstown, PA 17036
      (717) 566-6097

BY:    /s/Agatha R. McHale
          Attorney for Trustee

CERTIFICATE OF SERVICE

   AND NOW, this 11th day of July, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Vicki Piontek, Esquire
951 Allentown Road
Lansdale, PA 19446

            /s/Deborah A. Behney
            Office of Charles J. DeHart, III
            Standing Chapter 13 Trustee