WWR# 21369586

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER NO. 13 |
| | ) | |
| | ) | BANKRUPTCY NO. 16-02335-JJT |
| Maryann T Venechanos | ) | |
|     Debtor | ) | Nature of Proceeding |
| | ) | Motion for Relief from Automatic Stay |
| LSF9 Master Participation Trust | ) | |
|     Movant, | ) | Related to Document # 62 & 63 |
| | ) | |
| | ) | |
| Maryann T Venechanos | ) | |
|     Respondents/Debtor | ) | |
| | ) | |
| Charles J DeHart, III, Standing Trustee | ) | |
| Additional Respondent | ) | |

# **REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**

    This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

    The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

    Reason for the continuance.
The parties require additional time to negotiate the Motion for Relief from Automatic Stay. We request a continuance of 2 weeks.

    Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated 09/05/2017

/s/ Keri P. Ebeck
Keri P. Ebeck
Attorney I.D. No. 91298
Weltman, Weinberg & Reis Co., L.P.A.
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219
412-434-7955