```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-02335-JJT
Maryann T Venechanos                                                Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: PRadginsk     Page 1 of 1     Date Rcvd: Oct 05, 2017
                     Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.
db          +Maryann T Venechanos,    1139 Hemlock Farms,    Hawley, PA 18428-9063

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2017 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        John H. Doran    on behalf of Attorney    Hemlock Farms Community Association
         jdoran@dorananddoran.com,    mdoran@dorananddoran.com
        Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Keri P Ebeck    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST kebeck@weltman.com,
         jbluemle@weltman.com
        Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        Vicki Ann Piontek    on behalf of Debtor Maryann T Venechanos vicki.piontek@gmail.com
                                                                                                      TOTAL: 7

WWR#21369586

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MARYANN T VENECHANOS<br>        Debtor<br><br>LSF9 MASTER PARTICIPATION TRUST,<br>        Movant.<br><br>MARYANN T VENECHANOS<br>        Respondent/Debtor<br><br>CHARLES J DEHART, III, Standing Trustee<br>Additional Respondent | CASE NO. 16-02335<br><br>CHAPTER 13 |

### ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR CO-DEBTOR RELIEF

AND NOW, this 5th day of October, 2017, upon failure of the Debtor to file an answer or otherwise plead or appear (or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED and DECREED:

that LSF9 MASTER PARTICIPATION TRUST be and is hereby granted Relief from the Automatic Stay and has leave to proceed with execution process through, among other remedies, but not limited to, foreclosure and/or Sheriff's Sale regarding the following premises: 1139 Hemlock Farms, Hawley, PA 18428.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(PJR)

Dated: October 5, 2017