```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                        Case No. 16-02335-JJT
Maryann T Venechanos                                          Chapter 7
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0314-5      User: PRadginsk         Page 1 of 1         Date Rcvd: Feb 12, 2018
                          Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2018.
db             +Maryann T Venechanos,    1139 Hemlock Farms,    Hawley, PA 18428-9063

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Peter Valecko    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST
               jvalecko@weltman.com, jbluemle@weltman.com
              John H. Doran    on behalf of Attorney    Hemlock Farms Community Association
               jdoran@dorananddoran.com, mdoran@dorananddoran.com
              Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vicki Ann Piontek    on behalf of Debtor 1 Maryann T Venechanos vicki.piontek@gmail.com
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In RE: Maryann Venechanos : Chapter 13
       Debtor(s) :
        : 16-02335

**ORDER**

AND NOW, this 12th day of February, 2018, upon consideration of Debtor's MOTION TO CONVERT CASE TO CHAPTER 7, the same shall be granted. This case is converted to one under Chapter 7.

Dated: February 12, 2018      By the Court,

                                         John J. Thomas, Bankruptcy Judge
                                                                                        (RPR)