```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                          Case No. 16-02335-JJT
Maryann T Venechanos                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: PRadginsk          Page 1 of 2          Date Rcvd: Feb 14, 2018
                              Form ID: 309A            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2018.
```
db             +Maryann T Venechanos,    1139 Hemlock Farms,    Hawley, PA 18428-9063
aty             Hemlock Farms Community Association,    Doran & Doran PC,    c/o John H. Doran, Esquire,   69,
                 Wilkes-Barre, PA  18701
aty            ++++JOHN H. DORAN,    DORAN & DORAN, P.C.,    67-69 PUBLIC SQ STE 700,    WILKES BARRE PA 18701-2515
                 (address filed with court:  John H. Doran,    Doran & Doran, P.C.,    69 Public Square, Suite 700,
                 Wilkes-Barre, PA  18701)
aty             James Peter Valecko,    Weltman Weinberg and Reis Co LPA,    436 Seventh Avenue,
                 2718 Koppers Building,    Pittsburgh, PA  15219
aty            +Joshua I Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +Thomas I Puleo,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
4809401        +Ballard Spahr, LLP,    Rachel Keene,Esq/MartinBryce,Esq,    1735 Market St, 51st Floor,
                 Philadelphia, PA 19103-7507
4830868        ++++HEMLOCK FARMS COMMUNITY ASSOCIATION,    C/O JOHN H. DORAN, ESQUIRE,    67-69 PUBLIC SQ STE 700,
                 WILKES BARRE PA 18701-2515
                 (address filed with court:  Hemlock Farms Community Association,    c/o John H. Doran, Esquire,
                 69 Public Square, Suite 700,    Wilkes-Barre, PA 18701)
4809408        +Hemock Frmss Community Association,    1007 Hemlock Farms,    Hawley, PA 18428-9059
4809409        +Keystone Portfolio LLC / Citibank,    c/o Tsarouhis Law Group,    21 S. 9th St, Suite 200,
                 Allentown, PA 18102-4861
4869725        +LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
4869726        +LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134,
                 LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
4809410         RBSNB,    100 Lafayette Blvd,    Bridgeport, CT 06604
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: vicki.piontek@gmail.com Feb 14 2018 18:53:07     Vicki Ann Piontek,
                 Piontek Law Office,    951 Allentown Road,    Lansdale, PA  19446
tr             +EDI: BMJCONWAY.COM Feb 14 2018 18:53:00      Mark J. Conway (Trustee),
                 502 South Blakely Street,    Dunmore, PA 18512-2237
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Feb 14 2018 18:53:15     United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
cr             +E-mail/Text: ECMBKMail@Caliberhomeloans.com Feb 14 2018 18:53:26
                 LSF9 MASTER PARTICIPATION TRUST,    C/O CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,
                 OKLAHOMA, OK 73134-2500
4818583         EDI: BECKLEE.COM Feb 14 2018 18:58:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
4809400        +EDI: AMEREXPR.COM Feb 14 2018 18:58:00      Americn Express,    P.O. Box 981537,
                 El Paso, TX 79998-1537
4809402         EDI: BANKAMER.COM Feb 14 2018 18:58:00      Bank of America,    P.O. Box 982235,
                 El Paso, TX 79998
4809403        +E-mail/Text: bankruptcy@cavps.com Feb 14 2018 18:53:18     Cavalry Portfolio Services, LLC,
                 500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-2322
4809404        +EDI: CHASE.COM Feb 14 2018 18:58:00      Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
4809405        +EDI: CHASE.COM Feb 14 2018 18:58:00      Chase Bank One,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
4809406        +E-mail/Text: bankruptcy.bnc@ditech.com Feb 14 2018 18:53:11     DiTech Financial, LLC,
                 P.O. Box 6172,    Rapid City, SD 57709-6172
4842514         E-mail/Text: bankruptcy.bnc@ditech.com Feb 14 2018 18:53:11
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
4809407        +E-mail/Text: bankruptcy.bnc@ditech.com Feb 14 2018 18:53:11     Green Tree / Ditech,
                 P.O. Box 6172,    Rapid City, SD 57709-6172
4840471        +EDI: WFFC.COM Feb 14 2018 18:58:00      Wells Fargo Card Services,    1 Home Campus 3rd Floor,
                 Des Moines, IA 50328-0001
                                                                                               TOTAL: 14

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                                                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2018 at the address(es) listed below:

    James Peter Valecko    on behalf of Creditor   LSF9 MASTER PARTICIPATION TRUST
     jvalecko@weltman.com,  jbluemle@weltman.com
    John H. Doran    on behalf of Attorney    Hemlock Farms Community Association
     jdoran@dorananddoran.com,  mdoran@dorananddoran.com
    Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    Mark J. Conway (Trustee)    PA40@ecfcbis.com,
     mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
    Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov
    Vicki Ann Piontek    on behalf of Debtor 1 Maryann T Venechanos vicki.piontek@gmail.com

                                                                        TOTAL: 7

|  | **Information to identify the case:** | | | Social Security number or ITIN | xxx–xx–9378 |
|---|---|---|---|---|---|
| Debtor 1 | Maryann T Venechanos | | | | |
|  | First Name  Middle Name  Last Name | | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | | Social Security number or ITIN | _ _ _ _ |
|  | | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | | Date case filed in chapter 13 | May 31, 2016 |
| Case number: | 5:16–bk–02335–JJT | | | Date case converted to chapter 7 | February 12, 2018 |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

|  |  | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Maryann T Venechanos |  |
| **2.** | **All other names used in the last 8 years** |  |  |
| **3.** | **Address** | 1139 Hemlock Farms<br>Hawley, PA 18428 |  |
| **4.** | **Debtor's attorney**<br>Name and address | Vicki Ann Piontek<br>Piontek Law Office<br>951 Allentown Road<br>Lansdale, PA 19446 | Contact phone 877–737–8617<br><br>Email: vicki.piontek@gmail.com |
| **5.** | **Bankruptcy trustee**<br>Name and address | Mark J. Conway (Trustee)<br>502 South Blakely Street<br>Dunmore, PA 18512 | Contact phone 570 343–5350<br><br>Email: PA40@ecfcbis.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **1**

| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court 274 Max Rosenn U.S. Courthouse 197 South Main Street Wilkes–Barre, PA 18701 | Hours open Monday – Friday 9:00 AM to 4:00 PM Contact phone (570) 831–2500 Date: February 14, 2018 |
|---|---|---|---|
| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 13, 2018 at 01:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. *** **Valid photo identification and proof of social security number are required** *** | Location: **Wm J Nealon Fed Bldg/US Courthouse, room to be determined, Washington & Linden Streets, Scranton, PA 18503** |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** - if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or - if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** - if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** June 12, 2018 |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**

Case 5:16-bk-02335-JJT    Doc 82    Filed 02/16/18    Entered 02/17/18 00:41:03    Desc
Imaged Certificate of Notice    Page 4 of 4