```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 16-02335-JJT
Maryann T Venechanos                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: PRadginsk         Page 1 of 1         Date Rcvd: Jun 01, 2018
                              Form ID: ntfnmg         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2018.
db             +Maryann T Venechanos,    1139 Hemlock Farms,    Hawley, PA 18428-9063

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2018 at the address(es) listed below:
              James Peter Valecko    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST
               jvalecko@weltman.com, PitEcf@weltman.com
              John H. Doran    on behalf of Attorney    Hemlock Farms Community Association
               jdoran@dorananddoran.com, mdoran@dorananddoran.com
              Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark J. Conway (Trustee)    PA40@ecfcbis.com,
               mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
              Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vicki Ann Piontek    on behalf of Debtor 1 Maryann T Venechanos vicki.piontek@gmail.com
                                                                                               TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Maryann T Venechanos  Debtor(s) | Chapter | 7 |
|---|---|---|
| | Case No. | 5:16−bk−02335−JJT |

## Notice

**Notice of Requirement to File Certification About a Financial Management Course:**

No discharge can be entered until you file a Certification About a Financial Management Course (Official Form 423). See Fed. R. Bankr. P. 1007. If the Certification is not filed on or before **June 12, 2018**, this case may be closed without a discharge. A Motion to Reopen a closed case to permit the filing of the Certification will require payment of the reopening fee.

Official Form 423 can be accessed at http://www.uscourts.gov/forms/bankruptcy−forms.

| **Address of the Bankruptcy Clerk's Office:**  U.S. Bankruptcy Court  274 Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes−Barre, PA 18701  (570) 831−2500 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: PRadginsk, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 1, 2018 |

ntfnmg(04/18)