Certificate Number: 03621-PAM-DE-031089886

Bankruptcy Case Number: 16-02335


03621-PAM-DE-031089886

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 25, 2018, at 6:07 o'clock PM EDT, Maryann T Venechanos completed a course on personal financial management given by telephone by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  May 25, 2018                By:    /s/Wafaa Elmaaroufi

                                   Name:  Wafaa Elmaaroufi

                                   Title: Credit Counselor