United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                              Case No. 16-02335-JJT
Maryann T Venechanos                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: PRadginsk          Page 1 of 1          Date Rcvd: Aug 22, 2018
                             Form ID: fnldec           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2018.
db              +Maryann T Venechanos,    1139 Hemlock Farms,    Hawley, PA 18428-9063

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2018 at the address(es) listed below:
        James Peter Valecko    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST
          jvalecko@weltman.com,  PitEcf@weltman.com
        John H. Doran    on behalf of Attorney    Hemlock Farms Community Association
          jdoran@dorananddoran.com,  mdoran@dorananddoran.com
        Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
        Mark J. Conway (Trustee)    PA40@ecfcbis.com,
          mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
        Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        Vicki Ann Piontek    on behalf of Debtor 1 Maryann T Venechanos vicki.piontek@gmail.com
                                                                              TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Maryann T Venechanos,                          Chapter        7

**Debtor 1**

Case No.        5:16–bk–02335–JJT

Social Security No.:

xxx–xx–9378

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

### Mark J. Conway (Trustee)

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated:  August 22, 2018                          By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: PRadginsk, Deputy Clerk

**fnldec** (05/18)